UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

MARTA HANYZKIEWICZ, on behalf of herself and all others similarly situated

                      Plaintiff,

-v.-
HOTEL CHOCOLAT, INC.,

                      Defendants.

---------------------------------------------------------------

Civil Action No: 1:22-cv-1194

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Marta Hanyzkiewicz and the Defendant Hotel Chocolat, Inc. that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** August 8, 2022

| For Plaintiff Marta Hanyzkiewicz | For Defendant Hotel Chocolat, Inc. |
|---|---|
| *s/Mark Rozenberg*<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>mrozenberg@steinsakslegal.com | *s/Cherelle I. Glimp*<br>Cherelle I. Glimp<br>DLA Piper<br>1251 Ave of the Americas<br>New York, NY 10020<br>Ph: (212) 335-4899<br>Cherelle.Glimp@dlapiper.com |

1

SO ORDERED.

s/ WFK

_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: August 12, 2022
       Brooklyn, New York